**Deny and Opinion Filed June 21, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00473-CV**

**IN RE DALLAS PLUMBING COMPANY, Relator**

**Original Proceeding from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-06093**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Before the Court is relator's petition for writ of mandamus, real party in interest's response, and relator's reply. In the petition, relator asks us to compel the trial court to rescind its order denying its motion for leave to designate a responsible third party and grant leave of court to designate Dallas Excavation Systems, Inc. as a responsible third party.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Copart, Inc*., 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). After reviewing the petition, response, reply, and the record, we conclude that relator has

failed to show an abuse of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

220473f.p05